**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
LUCIO HERNANDEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-07-268-FCD |
| PLAINTIFF, ) | STIPULATION AND ORDER |
| v. ) | TO CONTINUE STATUS CONFERENCE TO JUNE 23, 2008 |
| LUCIO HERNANDEZ ,et al., ) | |
| DEFENDANTS. ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Heiko Coppola and the defendants: Eliseo Gomez represented by his attorney Mr. Matthew C. Bockmon; Jacinto Robles; Marco Robles-Guerrero represented by his attorney Ms. Dina L. Santos; and Lucio Hernandez, represented by his attorney, Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for Monday, May 19, 2008, at 10:00 a.m., before the Honorable District Court Judge Frank C. Damrell, Jr., shall be continued to Monday, June 23, 2008, at 10:00 a.m.

This date was cleared with the Court's courtroom deputy clerk. Ms. Michele Krueger, as being available.

The parties stipulate and agree that time shall be excluded from the speedy trial

1  act from Monday, May 19, 2008, to and including Monday, June 23, 2008, under Title
2  18 section 3161(h)(8)(B)(ii) and Local Code T-4 for attorney preparation in the case
3  as all defense counsel are in the process of reviewing the discovery provided to the
4  defense by the government.
5      The background of the case to date is as follows:
6      The government filed the criminal complaint on June 1, 2007. On that date
7  three defendants (Eliseo Gomez, Marco Antonio Robles-Guerrero, and Lucio
8  Hernandez) made their initial appearance. All three of these defendants were detained
9  and remain in custody. ( See Docket Entry 1, 6, 7, 8, 9).
10     The fourth defendant, Jacinto Robles, made his initial appearance on June 5,
11 2007, with retained counsel. This defendant was ordered temporarily detained. A
12 detention hearing was continued from June 8 to June 14, 2007. At that detention
13 hearing, the defendant Jacinto Robles was detained and remains in custody. (See
14 Docket Entry 10, 13, 14, 15, 16).
15     The indictment was returned on June 14, 2007 and a status conference was set
16 for July 23, 2007. (See Docket Entry 17, 19).
17     A status conference had been set for July 23, 2007, however, due to ongoing
18 production of discovery, the parties agreed and the Court signed an order continuing
19 the July 23, 2007 status conference to Monday, August 27, 2007. Time was excluded
20 under the Speedy Trial Act under Local Code T-4 and Title 18 U.S.C. section
21 (h)(8)(B)(iv) from July 23, 2007 to August 27, 2007. (See Docket Entry 20, 21).
22     On August 24, 2007, the Court signed the stipulation filed on August 23, 2007,
23 continuing this matter to October 1, 2007, and excluding time under the speedy trial
24 act under Title 18 section 3161(h)(8)(B)(ii) and Local Code T-4 for attorney
25 preparation in the case as all defense counsel are in the process of reviewing the
26 discovery provided to the defense by the government. (See Docket Entry 26, 27).
27     A status conference was held on October 1, 2007, with a further status
28

conference set for November 26, 2007. Time was excluded under the Speedy Trial Act under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv) from October 1, 2007 to November 26, 2007. (See Docket Entry 28)

A status conference was held on November 26, 2007, with a further status conference set for January 28, 2008. Time was excluded under the Speedy Trial Act under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv) from November 26, 2007 to January 28, 2008. (See Docket Entry 29)

On January 25, 2008, the Court signed the stipulation filed on January 25, 2008, continuing this matter to March 3, 2008, and excluding time under the speedy trial act under Title 18 section 3161(h)(8)(B)(ii) and Local Code T-4 for attorney preparation in the case as all defense counsel are in the process of reviewing the discovery provided to the defense by the government. In addition, the parties are in good faith attempting to resolve the matter short of trial which would be a benefit to the government in conserving resources, the Court in conserving resources and the defendants in attempting to reach a beneficial agreement. (See Docket Entry 30, 31)

On February 28, 2008, the Court signed the stipulation filed on February 28, 2008, continuing this matter to April 7, 2008, and excluding time under the speedy trial act under Title 18 section 3161(h)(8)(B)(ii) and Local Code T-4 for attorney preparation in the case as all defense counsel are in the process of reviewing the discovery provided to the defense by the government. In addition, the parties are continuing in good faith to attempt to resolve the matter short of trial which would be a benefit to the government in conserving resources, the Court in conserving resources and the defendants in attempting to reach a beneficial agreement. (See Docket Entry 32, 33)

A status conference was held on April 7, 2008, with a further status conference set for May 19, 2008. Time was excluded under the Speedy Trial Act under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv) from April 7, 2008 to May 19,

1  2008. (See Docket Entry 36)

2  Also on April 7, 2008, a change of plea hearing was set for April 28, 2008, for
3  defendant Jacinto Robles. (See Docket Entry 38) On April 28, 2008, co-defendant
4  Jacinto Robles pled guilty, with sentencing set for July 14, 2008. (See Docket Entry
5  38).

6  The government has continually produced discovery in this case which has been
7  and is being reviewed by defense counsel and with their respective clients.  The
8  discovery the defense has received from the government to date, needs to be
9  examined, analyzed and discussed with the defendants to ensure each defendant has
10  knowledge of the case the government has produced to date. In addition, the need for
11  investigation by the defense is required and the additional time will allow that to take
12  place.  The need for the extra time outweighs the interest in a speedy trial to allow
13  defense counsel adequate time for proper and reasonable preparation of the case,
14  including investigation, and the parties agree and stipulate to this fact. This also
15  entails discussion with the clients (all of whom speak Spanish, thus requiring the need
16  of an interpreter) of the discovery and the discussions with the client of the Federal
17  Criminal Justice System. In addition, the parties are continuing in good faith to
18  attempt to resolve the matter short of trial which would be a benefit to the government
19  in conserving resources, the Court in conserving resources and the defendants in
20  attempting to reach a beneficial agreement. This has resulted in one co-defendant
21  entering a change of plea. (See Docket Entry 38). The parties all agree and stipulate
22  that time shall continue to be excluded **up to and including Monday,  June 23 ,**
23  **2008, under Title 18 U.S.C. section 3161(h)(8)(B)(ii) and Local Code T**-4.

4

Respectfully submitted,

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

DATED: 5-16-08

/s/ Heiko Coppola by e mail authorization
_____
HEIKO COPPOLA
Assistant United States Attorney
Attorneys for the Plaintiff

DATED: 5-16-08

/s/ Matthew C. Bockmon by e mail authorization
_____
MATTHEW C. BOCKMON
Attorney for defendant Eliseo Gomez

DATED: 5-16-08

/s/ Dina L. Santos by e mail  authorization
_____
DINA L. SANTOS
Attorney for defendant Marco Robles-Guerrero

DATED: 5-16-08

/s/ James R. Greiner
_____
JAMES R. GREINER
Attorney for defendant Lucio Hernandez

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: MAY 16, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

5