**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
LUCIO HERNANDEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> LUCIO HERNANDEZ ,et al., ) <br> ) <br> DEFENDANTS. ) <br> _____ ) | CR.-S-07-0268-FCD <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO OCTOBER 27, 2008 |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Heiko Coppola and the defendants: Eliseo Gomez represented by his attorney Mr. Matthew C. Bockmon; Jacinto Robles; Marco Robles-Guerrero represented by his attorney Ms. Dina L. Santos; and Lucio Hernandez, represented by his attorney, Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for Monday, September 22, 2008, at 10:00 a.m., before the Honorable District Court Judge Frank C. Damrell, Jr., shall be continued to Monday, October 27, 2008, at 10:00 a.m.

This date was cleared with the Court's courtroom deputy clerk, Ms. Michele Krueger, as being available.

The parties stipulate and agree that time shall be excluded from the speedy trial act from Monday, September 22, 2008, to and including Monday, October 27, 2008,

1

1  under Title 18 section 3161(h)(8)(B)(ii) and Local Code T-4 for attorney preparation
2  in the case as all defense counsel are in the continuing process of reviewing the
3  discovery provided to the defense by the government.
4     The background of the case to date is as follows:
5     The government filed the criminal complaint on June 1, 2007. On that date
6  three defendants (Eliseo Gomez, Marco Antonio Robles-Guerrero, and Lucio
7  Hernandez) made their initial appearance. All three of these defendants were detained
8  and remain in custody. ( See Docket Entry 1, 6, 7, 8, 9).
9     The fourth defendant, Jacinto Robles, made his initial appearance on June 5,
10 2007, with retained counsel. This defendant was ordered temporarily detained. A
11 detention hearing was continued from June 8 to June 14, 2007. At that detention
12 hearing, the defendant Jacinto Robles was detained and remains in custody. (See
13 Docket Entry 10, 13, 14, 15, 16).
14    The indictment was returned on June 14, 2007 and a status conference was set
15 for July 23, 2007. (See Docket Entry 17, 19).
16    A status conference had been set for July 23, 2007, however, due to ongoing
17 production of discovery, the parties agreed and the Court signed an order continuing
18 the July 23, 2007 status conference to Monday, August 27, 2007. Time was excluded
19 under the Speedy Trial Act under Local Code T-4 and Title 18 U.S.C. section
20 (h)(8)(B)(iv) from July 23, 2007 to August 27, 2007. (See Docket Entry 20, 21).
21    On August 24, 2007, the Court signed the stipulation filed on August 23, 2007,
22 continuing this matter to October 1, 2007, and excluding time under the speedy trial
23 act under Title 18 section 3161(h)(8)(B)(ii) and Local Code T-4 for attorney
24 preparation in the case as all defense counsel are in the process of reviewing the
25 discovery provided to the defense by the government. (See Docket Entry 26, 27).
26    A status conference was held on October 1, 2007, with a further status
27 conference set for November 26, 2007. Time was excluded under the Speedy Trial
28

1  Act under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv) from October 1,
2  2007 to November 26, 2007. (See Docket Entry 28)

3  A status conference was held on November 26, 2007, with a further status
4  conference set for January 28, 2008. Time was excluded under the Speedy Trial Act
5  under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv) from November 26,
6  2007 to January 28, 2008. (See Docket Entry 29)

7  On January 25, 2008, the Court signed the stipulation filed on January 25, 2008,
8  continuing this matter to March 3, 2008, and excluding time under the speedy trial act
9  under Title 18 section 3161(h)(8)(B)(ii) and Local Code T-4 for attorney preparation
10 in the case as all defense counsel are in the process of reviewing the discovery
11 provided to the defense by the government. In addition, the parties are in good faith
12 attempting to resolve the matter short of trial which would be a benefit to the
13 government in conserving resources, the Court in conserving resources and the
14 defendants in attempting to reach a beneficial agreement. (See Docket Entry 30, 31)

15 On February 28, 2008, the Court signed the stipulation filed on February 28,
16 2008, continuing this matter to April 7, 2008, and excluding time under the speedy
17 trial act under Title 18 section 3161(h)(8)(B)(ii) and Local Code T-4 for attorney
18 preparation in the case as all defense counsel are in the process of reviewing the
19 discovery provided to the defense by the government. In addition, the parties are
20 continuing in good faith to attempt to resolve the matter short of trial which would be
21 a benefit to the government in conserving resources, the Court in conserving resources
22 and the defendants in attempting to reach a beneficial agreement. (See Docket Entry
23 32, 33)

24 A status conference was held on April 7, 2008, with a further status conference
25 set for May 19, 2008. Time was excluded under the Speedy Trial Act under Local
26 Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv) from April 7, 2008 to May 19,
27 2008. (See Docket Entry 36)

28

3

Also on April 7, 2008, a change of plea hearing was set for April 28, 2008, for defendant Jacinto Robles. (See Docket Entry 38) On April 28, 2008, co-defendant Jacinto Robles pled guilty, with sentencing set for July 14, 2008. (See Docket Entry 38).

On April 28, 2008, a change of plea was entered by co-defendant Jacinto Robles. Co-defendant Jacinto Robles entered a guilty plea to counts 1 and 7 of the indictment. (See Docket Entry #38).

On May 16, 2008, this Court Ordered that the status conference set for Monday, May 19, 2008, was continued to Monday, June 23, 2008, and that time under the Speedy Trial Act was excluded from Monday, May 19, 2008 to and including Monday, June 23, 2008. (See Docket Entry # 42).

On June 16, 2008, this Court Ordered that the status conference set for Monday, June 23, 2008, was continued to Monday, August 4, 2008, and that time under the Speedy Trial Act was excluded from Monday, May 19, 2008 to and including Monday, August 4, 2008. (See Docket Entry # 44).

On June 20, 2008, co-defendant Jacinto Robles filed a memorandum with the Court requesting that his sentencing date be continued to Monday, September 29, 2008. (See Docket Entry # 45).

On July 29, 2008, this Court Ordered that the status conference set for Monday, August 4, 2008, was continued to Monday, September 22, 2008, and that time under the Speedy Trial Act was excluded from Monday, August 4, 2008 to and including Monday, September 22, 2008. (See Docket Entry # 47).

On August 19, 2008, co-defendant Jacinto Robles requested his sentencing date be continued to Monday, September 29, 2008. (See Docket Entry #48).

The government and the defense have been in good faith negotiations over the time period of the continuances. The government and the defense are working diligently on the terms and conditions of the plea agreements that are being

4

1 negotiated. There are various issues that are unique to each of the remaining three
2 defendants that are being negotiated with the government. It is the parties desire to
3 conserve judicial resources in being able to present to the Court changes of plea on
4 one date so that all of the remaining defendants' cases are resolved. The defendants'
5 desire to resolve this matter short of trial will allow the government and the Court to
6 expend valuable resources on other matters and is thus a total cost savings and an
7 efficient use of the valuable resources for both the Court and the government.

8     In addition, the sentencing of a co-defendant on Monday, September 29, 2008,
9 is of importance to the negotiations between the parties.

10     In the ongoing discussions between the government and the defense, the
11 government continued to produce discovery and to give its interpretation of the
12 discovery to the defense to share with the individual defendants. The defense has
13 continued to review the discovery and to discuss with the defendants the
14 government's interpretation of the discovery in this case as it pertains to the charges in
15 the Indictment.  In addition, the need for investigation by the defense is required and
16 the additional time will allow that to take place.  The need for the extra time
17 outweighs the interest in a speedy trial to allow defense counsel adequate time for
18 proper and reasonable preparation of the case, including investigation, and the parties
19 agree and stipulate to this fact. The additional time will also allow discussion with the
20 clients (all of whom speak Spanish, thus requiring the need of an interpreter) of the
21 discovery and the discussions with the client of the Federal Criminal Justice System.
22 There has already been a cost savings to the government and the Court by having
23 additional time for defense counsel to prepare and review discovery in having one of
24 the defendants pled guilty in this case. (See Docket Entry # 38) The parties all agree
25 and stipulate that time shall continue to be excluded **up to and including Monday,**
26 **October  27 , 2008, under Title 18 U.S.C. section 3161(h)(8)(B)(ii) and Local Code**
27 **T**-4.

28

5

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | McGREGOR W. SCOTT<br>UNITED STATES ATTORNEY |
| DATED: 9-18-08 | /s/ Heiko Coppola by e mail authorization<br>_____<br>HEIKO COPPOLA<br>Assistant United States Attorney<br>Attorneys for the Plaintiff |
| DATED: 9-18-08 | /s/ Matthew C. Bockmon by telephone authorization<br>_____<br>MATTHEW C. BOCKMON<br>Attorney for defendant Eliseo Gomez |
| DATED: 9-18-08 | /s/ Dina L. Santos by telephone  authorization<br>_____<br>DINA L. SANTOS<br>Attorney for defendant Marco Robles-Guerrero |
| DATED: 9-18-08 | /s/ James R. Greiner<br>_____<br>JAMES R. GREINER<br>Attorney for defendant Lucio Hernandez |

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED:  September 18, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE