**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
LUCIO HERNANDEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-07-268-FCD |
| ) PLAINTIFF, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | TO CONTINUE STATUS CONFERENCE |
| ) | TO DECEMBER 8, 2008 |
| LUCIO HERNANDEZ, et al., ) | |
| ) | |
| DEFENDANTS. ) | |
| _____) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Heiko Coppola and the defendants: Eliseo Gomez represented by his attorney Mr. Matthew C. Bockmon; Jacinto Robles; Marco Robles-Guerrero represented by his attorney Ms. Dina L. Santos; and Lucio Hernandez, represented by his attorney, Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for Monday, December 1, 2008, at 10:00 a.m., before the Honorable District Court Judge Frank C. Damrell, Jr., shall be continued to Monday, December 8, 2008, at 10:00 a.m.

This date was cleared with the Court's courtroom deputy clerk. Ms. Michele Krueger, as being available.

The parties stipulate and agree that time shall be excluded from the speedy trial act from Monday, December 1, 2008, to and including Monday, December 8, 2008,

1

1  under Title 18 section 3161(h)(8)(B)(ii) and Local Code T-4 for attorney preparation
2  in the case as defense counsel has received a revised plea agreement which needs to be
3  reviewed with the defense and to go over the terms of the revised plea agreement.
4        The background of the case to date is as follows:
5        The government filed the criminal complaint on June 1, 2007. On that date
6  three defendants (Eliseo Gomez, Marco Antonio Robles-Guerrero, and Lucio
7  Hernandez) made their initial appearance. All three of these defendants were detained
8  and remain in custody. ( See Docket Entry 1, 6, 7, 8, 9).
9        The fourth defendant, Jacinto Robles, made his initial appearance on June 5,
10 2007, with retained counsel. This defendant was ordered temporarily detained. A
11 detention hearing was continued from June 8 to June 14, 2007. At that detention
12 hearing, the defendant Jacinto Robles was detained and remains in custody. (See
13 Docket Entry 10, 13, 14, 15, 16).
14       The indictment was returned on June 14, 2007 and a status conference was set
15 for July 23, 2007. (See Docket Entry 17, 19).
16       A status conference had been set for July 23, 2007, however, due to ongoing
17 production of discovery, the parties agreed and the Court signed an order continuing
18 the July 23, 2007 status conference to Monday, August 27, 2007. Time was excluded
19 under the Speedy Trial Act under Local Code T-4 and Title 18 U.S.C. section
20 (h)(8)(B)(iv) from July 23, 2007 to August 27, 2007. (See Docket Entry 20, 21).
21       On August 24, 2007, the Court signed the stipulation filed on August 23, 2007,
22 continuing this matter to October 1, 2007, and excluding time under the speedy trial
23 act under Title 18 section 3161(h)(8)(B)(ii) and Local Code T-4 for attorney
24 preparation in the case as all defense counsel are in the process of reviewing the
25 discovery provided to the defense by the government. (See Docket Entry 26, 27).
26       A status conference was held on October 1, 2007, with a further status
27 conference set for November 26, 2007. Time was excluded under the Speedy Trial
28

1  Act under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv) from October 1,
2  2007 to November 26, 2007. (See Docket Entry 28)
3         A status conference was held on November 26, 2007, with a further status
4  conference set for January 28, 2008. Time was excluded under the Speedy Trial Act
5  under Local Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv) from November 26,
6  2007 to January 28, 2008. (See Docket Entry 29)
7         On January 25, 2008, the Court signed the stipulation filed on January 25, 2008,
8  continuing this matter to March 3, 2008, and excluding time under the speedy trial act
9  under Title 18 section 3161(h)(8)(B)(ii) and Local Code T-4 for attorney preparation
10 in the case as all defense counsel are in the process of reviewing the discovery
11 provided to the defense by the government. In addition, the parties are in good faith
12 attempting to resolve the matter short of trial which would be a benefit to the
13 government in conserving resources, the Court in conserving resources and the
14 defendants in attempting to reach a beneficial agreement. (See Docket Entry 30, 31)
15        On February 28, 2008, the Court signed the stipulation filed on February 28,
16 2008, continuing this matter to April 7, 2008, and excluding time under the speedy
17 trial act under Title 18 section 3161(h)(8)(B)(ii) and Local Code T-4 for attorney
18 preparation in the case as all defense counsel are in the process of reviewing the
19 discovery provided to the defense by the government. In addition, the parties are
20 continuing in good faith to attempt to resolve the matter short of trial which would be
21 a benefit to the government in conserving resources, the Court in conserving resources
22 and the defendants in attempting to reach a beneficial agreement. (See Docket Entry
23 32, 33)
24        A status conference was held on April 7, 2008, with a further status conference
25 set for May 19, 2008. Time was excluded under the Speedy Trial Act under Local
26 Code T-4 and Title 18 U.S.C. section (h)(8)(B)(iv) from April 7, 2008 to May 19,
27 2008. (See Docket Entry 36)
28

1     Also on April 7, 2008, a change of plea hearing was set for April 28, 2008, for
2 defendant Jacinto Robles. (See Docket Entry 38) On April 28, 2008, co-defendant
3 Jacinto Robles pled guilty, with sentencing set for July 14, 2008. (See Docket Entry
4 38).
5     On April 28, 2008, a change of plea was entered by co-defendant Jacinto
6 Robles. Co-defendant Jacinto Robles entered a guilty plea to counts 1 and 7 of the
7 indictment. (See Docket Entry #38).
8     On May 16, 2008, this Court Ordered that the status conference set for Monday,
9 May 19, 2008, was continued to Monday, June 23, 2008, and that time under the
10 Speedy Trial Act was excluded from Monday, May 19, 2008 to and including
11 Monday, June 23, 2008. (See Docket Entry # 42).
12     On June 16, 2008, this Court Ordered that the status conference set for Monday,
13 June 23, 2008, was continued to Monday, August 4, 2008, and that time under the
14 Speedy Trial Act was excluded from Monday, May 19, 2008 to and including
15 Monday, August 4, 2008. (See Docket Entry # 44).
16     On June 20, 2008, co-defendant Jacinto Robles filed a memorandum with the
17 Court requesting that his sentencing date be continued to Monday, September 29,
18 2008. (See Docket Entry # 45).
19     On July 29, 2008, the Court signed an Order continuing the Status conference
20 from August 4, 2008 to September 22, 2008, and that time was excluded under the
21 Speedy Trial Act from Monday, August 4, 2008 to Monday, September 22, 2008
22 under Title 18 section 3161(h)(8)(B)(ii) and local code T-4 for attorney preparation in
23 the case. (See Docket Entry # 47)
24     On September 18, 2008, the Court signed an Order continuing the Status
25 conference from September 22, 2008 to October 27, 2008, and that time was excluded
26 under the Speedy Trial Act from Monday, September 22, 2008 to Monday, October
27 27, 2008 under Title 18 section 3161(h)(8)(B)(ii) and local code T-4 for attorney
28

1  preparation in the case. (See Docket Entry # 51)

2  On October 27, 2008, the parties appeared in Court and continued the status
3  conference until December 1, 2008, and that time was excluded under the Speedy
4  Trial Act from Monday, October 27, 2008 to Monday, December 1, 2008 under Title
5  18 section 3161(h)(8)(B)(ii) and local code T-4 for attorney preparation in the case.
6  (See Docket Entry # 52).

7  The government has provided to the defense revised plea agreements in the
8  continuing good faith efforts in settling the case short of trial. This short extension
9  will allow the defense and the defendants to review and go over this revised plea
10 agreement.

11 In the ongoing discussions between the government and the defense, the
12 government continued to produce discovery and to give its interpretation of the
13 discovery to the defense to share with the individual defendants. The defense has
14 continued to review the discovery and to discuss with the defendants the
15 government's interpretation of the discovery in this case as it pertains to the charges in
16 the Indictment.  In addition, the need for investigation by the defense is required and
17 the additional time will allow that to take place.  The need for the extra time
18 outweighs the interest in a speedy trial to allow defense counsel adequate time for
19 proper and reasonable preparation of the case, including investigation, and the parties
20 agree and stipulate to this fact. The additional time will also allow discussion with the
21 clients (all of whom speak Spanish, thus requiring the need of an interpreter) of the
22 discovery and the discussions with the client of the Federal Criminal Justice System.
23 There has already been a cost savings to the government and the Court by having
24 additional time for defense counsel to prepare and review discovery in having one of
25 the defendants pled guilty in this case. (See Docket Entry # 38) The parties all agree
26 and stipulate that time shall continue to be excluded **up to and including Monday,**
27 **December 8, 2008, under Title 18 U.S.C. section 3161(h)(8)(B)(ii) and Local Code**
28

5

**T**-4.

                                  Respectfully submitted,

                                  McGREGOR W. SCOTT
                                  UNITED STATES ATTORNEY

DATED: 11-24-08         /s/ Heiko Coppola by telephone authorization
                                  _____
                                  HEIKO COPPOLA
                                  Assistant United States Attorney
                                  Attorneys for the Plaintiff

DATED: 11-24-08         /s/ Matthew C. Bockmon by telephone authorization
                                  _____
                                  MATTHEW C. BOCKMON
                                  Attorney for defendant Eliseo Gomez

DATED: 11-24-08         /s/ Dina L. Santos by e mail authorization
                                  _____
                                  DINA L. SANTOS
                                  Attorney for defendant Marco Robles-Guerrero

DATED: 11-24-08         /s/ James R. Greiner
                                  _____
                                  JAMES R. GREINER
                                  Attorney for defendant Lucio Hernandez

## **ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: November 25, 2008.

                                  _____
                                  FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE